IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| HARPER CONSTRUCTION COMPANY, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 24-2054C (Judge Holte) |
| THE UNITED STATES, | ) ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

The parties respectfully provide this joint status report regarding the Government's plans regarding the task order solicitation at issue in this case (N62473-23-D-1012-N6247325RF505).

The Naval Facilities Engineering Systems Command (NAVFAC) intends to amend the solicitation to remove the requirement to enter into a project labor agreement. NAVFAC intends to issue the amendment by February 14, 2025.

Plaintiff, Harper Construction Company, Inc., intends to voluntarily dismiss this suit after the amendment is issued.

|  |  |
|---|---|
|  | Respectfully submitted, |
| s/ Dirk D. Haire<br>Dirk D. Haire<br>Joseph L. Cohen<br>Payum Sean Milani-nia<br>David Timm<br>Jane Jung Hyoun Han<br>Michael J. Brewer<br>FOX ROTHSCHILD LLP<br>2020 K Street, N.W., Suite 500<br>Washington, D.C. 20006<br>Phone: (202) 461-3114<br>Fax: (202) 461-3102<br>dhaire@foxrothschild.com<br><br>Attorneys for Harper Construction Company, Inc.<br><br>February 11, 2025 | BRETT A. SHUMATE<br>Acting Assistant Attorney General<br><br>PATRICIA M. McCARTHY<br>Director<br><br>s/ Douglas K. Mickle<br>DOUGLAS K. MICKLE<br>Assistant Director<br><br>s/ William P. Rayel<br>WILLIAM P. RAYEL<br>Senior Trial Counsel<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>Box 480, Ben Franklin Station<br>Washington, DC  20044<br>Telephone: (202) 616-0302<br>Facsimile: (202) 307-0972<br>Email: William.Rayel@usdoj.gov<br><br>Attorneys for Defendant<br><br>February 11, 2025 |